18 May 2015

Randy Howard
3614 Bill Price Rd. #250
Del Valle, TX 78617-3630

39,386-02

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711-2248

I put in a 11:07 on January 21, 2004, Case No. 97-424-046-A. This is what I need! What was the decision? What was the date of decision? I also need to know what you have on file on this Case No.

Thank you
Randy Howard

God Bless / Thank You

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 20 2015

Abel Acosta, Clerk